**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER DUGGAN, | Case No. 2:14-CV-487 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court is the case of *Christopher Duggan v. Las Vegas Metropolitan Police Department, et al.*, case number 2:14-cv-00487-JCM-GWF.

On April 16, 2014, Magistrate Judge Ferenbach entered an order and report and recommendation granting plaintiff Christopher Duggan's (hereinafter "plaintiff") application to proceed *in forma pauperis* and recommending that plaintiff's complaint be dismissed with leave to amend. (Doc. # 2). The parties did not file objections to the report and recommendation.

On July 2, 2014, the court entered an order adopting the report and recommendation in their entirety. The court dismissed plaintiff's complaint without prejudice, and further ordered that plaintiff shall have thirty days from the entry of the order to file an amended complaint. The court noted that failure to file an amended complaint within this time period may result in dismissal of plaintiff's claims with prejudice. (Doc. # 3).

Over six months have passed, and plaintiff has not filed an amended complaint. Therefore, in accordance with its prior order, the court will dismiss plaintiff's complaint with prejudice and close the case.

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint be,

3  and the same hereby is, DISMISSED with prejudice.

4  The clerk shall close the case.

5  DATED April 15, 2015.

6  
7  _____
   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -